Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOHANSING,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | Case No.: 2:16-cv-5035<br><br>**NOTICE OF RELATED CASE** |

### NOTICE OF RELATED CASE

Plaintiff Peter Johansing ("Plaintiff") gives notice pursuant to Local Rule 83-1.3 and General Order 14-03 § II.I.1.b that this case relates to the following matters pending in the United States District Court for Central District of California:

- *Rubio v. Monsanto Company*, 2:15-CV-7426, filed September 22, 2015, currently before the Honorable District Judge Dolly M. Gee;
- *McCall v. Monsanto Company*, 2:16-cv-1609, filed March 9, 2016, currently before the Honorable District Judge Dolly M. Gee; and
- *Hernandez v. Monsanto Company*, 2:16-CV-1988, filed March 23, 2019, currently before the Honorable District Judge Dolly M. Gee.

| | |
|---|---|
| Dated: July 8, 2016 | **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.** |

/s/ R. Brent Wisner
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
Cynthia Garber, Esq. (SBN: 208922)
cgarber@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

**KENNEDY & MADONNA, LLP**

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, R. Brent Wisner, hereby certify that, on July 8, 2016, I electronically filed NOTICE OF RELATED CASE with the United States District Court for the Central District of California using the CM/ECF system which will send a notification of such filing to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner