# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Peter Johansing | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:16-cv-05035-FMO(GJSx) |
| v. | |
| Monsanto Company | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| | ☒ FOR DISCOVERY |
| DEFENDANT(S). | ☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

the following: upon review, this action relates to alleged violations of law committed by Monsanto Company.

Judge Standish was previously involved in representing Monsanto Company in highly publicized patent cases.

Accordingly, to avoid any appearance of impropriety, the Court

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

July 14, 2016
Date

United States Magistrate Judge

## NOTICE TO COUNSEL FROM THE CLERK

This case has been randomly referred to Magistrate Judge     Jean P. Rosenbluth    . On all documents subsequently filed in this case, please substitute the initials    JPR    after the case number in place of the initials of the prior judge, so that the case number will read    2:16-cv-05035 FMO(JPRx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge

CV-110 (06/14)                 ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE